IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| DARYL DEWAYNE RIGGINS, | ) |
|     Plaintiff, | ) |
| v. | )     CV 315-085 |
| FNU BAILEY, Nurse; S EMMONS, Warden; JAMES MICHAEL SEWARD, M.D.; FNU STEVENSON, Nurse; FNU WALKER, Nurse; FNU HALL, Nurse; and FNU STRICKLAND, Counselor, | ) |
|     Defendants. | ) |

_____

**O R D E R**
_____

Let a copy of this Report and Recommendation be served upon counsel for the parties. Any party who objects to this Report and Recommendation or anything in it must file, not later than December 21, 2015, written objections specifically identifying the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection.[1] The Clerk will submit this Report and Recommendation together with any objections to United States District Judge Dudley H. Bowen, Jr., on December 22, 2015. Failure to file specific objections within the specified time means that this Report and

---

[1] A copy of the objections must be served upon all other parties to the action.

Recommendation may become the opinion and order of the Court, Devine v. Prison Health Servs., Inc., 212 F. App'x 890, 892 (11th Cir. 2006), and may limit a party's appellate rights. Dupree v. Warden, 715 F.3d 1295, 1300 (11th Cir. 2013).

Requests for extension of time to file objections to this Report and Recommendation shall be directed to Judge Bowen.

A party may not appeal a Magistrate Judge's recommendation directly to the United States Court of Appeals for the Eleventh Circuit. Appeals may be made only from a final judgment entered by the District Judge.

SO ORDERED this 4th day of December, 2015, at Augusta, Georgia.

*BRIAN K. EPPS*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA