FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 DEC 28 PM 2:28

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARYL DEWAYNE RIGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 315-085 |
| | ) | |
| FNU BAILEY, Nurse; S EMMONS, | ) | |
| Warden; JAMES MICHAEL SEWARD, | ) | |
| M.D.; FNU STEVENSON, Nurse; FNU | ) | |
| WALKER, Nurse; FNU HALL, Nurse; | ) | |
| and FNU STRICKLAND, Counselor,[1] | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's requests to proceed *in forma pauperis* (doc. nos. 4, 6), **DENIES AS MOOT** Plaintiff's motion to continue and motion for an extension of time to complete discovery (doc. nos. 3, 5), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a

---

[1] The Court **DIRECTS** the Clerk to terminate Defendants Womble, Jefferson, Price, Bryan, Hobby, Fort, McFee, Ajibade, Troup, and Johnson because they are not named in Plaintiff's amended complaint. (See doc. no. 7.)

new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 28th day of Dec., 2015, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE